AO 245D (Rev. 09/17)   Judgment in a Criminal Case for Revocations
                       Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Supervised Release) |
| CORTEZ DEONTAY WASHINGTON | |

Case No.  13CR20557-3
USM No.   48439-039

Brandy Robinson
_Defendant's Attorney_

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __1, 2 & 3__  of the term of supervision.
☐ was found in violation of condition(s) count(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | "THE DEFENDANT SHALL BE PLACED AT A RESIDENTIAL REENTRY CENTER (RRC) FOR SIX MONTHS. WHILE AT THE FACILITY, THE DEFENDANT SHALL ABIDE BY ALL RULES AND REGULATIONS OF THE FACILITY. WHILE AT THE RRC, THE DEFENDANT SHALL BE ALLOWED TO EARN SOCIAL TIME IF IN COMPLIANCE WITH ALL FACILITY CRITERIA AND PROBATIONARY STANDARDS AND SUBSISTENCE SHALL BE WAIVED." | 2/5/2019 |
| 2 | "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE." | 2/5/2019 |
| 3 | "THE DEFENDANT SHALL MAKE MONTHLY PAYMENTS ON ANY REMAINING BALANCE OF RESTITUTION AT A RATE AND SCHEDULE RECOMMENDED BY THE PROBATION DEPARTMENT." | 1/2019 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0433

Defendant's Year of Birth:  1993

City and State of Defendant's Residence:
Southgate, Michigan

4/15/2019
Date of Imposition of Judgment

s/Paul D. Borman
Signature of Judge

Paul D. Borman, U.S. District Judge
Name and Title of Judge

4/18/2019
Date

Judgment — Page 2 of 2

DEFENDANT: CORTEZ DEONTAY WASHINGTON
CASE NUMBER: 13CR20557-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

six (6) months.  The Court waives the imposition of costs of incarceration.  No period of supervised release to follow

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL